**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANY J. MUNOZ,<br><br>            Plaintiffs,<br>      v.<br><br>DAVID SHORTER; JEYLIN<br>INVESTMENTS, LLC, et al.,<br><br>            Defendants. | Case No. 2:18-cv-09054-ODW (ASx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Partial Summary Judgment and Request to Decline Exercise of Supplemental Jurisdiction (ECF No. 40) it is **HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court grants summary judgment as to Plaintiffs' Americans with Disabilities Act claim for relief;
2. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state claims for relief and dismisses those claims without prejudice;
3. Plaintiffs shall recover nothing from Defendants; and
4. The Court **VACATES** all dates and deadlines.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 26, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**